IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY E. SMITH, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 06-AR-0613-S |
| } | |
| JOHN E. POTTER, Postmaster } | |
| General, } | |
| } | |
| Defendant. } | |

**<u>MEMORANDUM OPINION</u>**

On April 1, 2009, this court entered an order in the above-entitled case setting a final pretrial conference at 9:30 a.m., April 9, 2009. The court attached a copy of the court's routine pretrial instructions, that included, *inter alia*:

> <u>At least 4 days in advance of the conference, plaintiff's counsel is to submit to the judge's office (not to the court Clerk) a proposed pre-trial order</u>. . . . (emphasis in original).

After receiving the said notice, plaintiff on April 6, 2009, filed a motion for a continuance of the pretrial conference based on a scheduling conflict by counsel. Learning that plaintiff's said motion for a continuance was unopposed, the court on April 6, 2009, granted plaintiff's motion and reset the pretrial hearing for 9:30 a.m., April 15, 2009.

On this, the appointed day and at the appointed hour, defendant's counsel appeared for the pretrial conference. Plaintiff's counsel did not appear, and did not, either four days in advance of the date of the conference or at any other time,

submit to the judge a proposed pretrial order. Counsel for defendant, upon being asked by the court if plaintiff's counsel had furnished him with a proposed pretrial order, answered in the negative.

After having expressly granted plaintiff's motion for a continuance in order to accommodate plaintiff's counsel, the court is not inclined to excuse plaintiff's failure to obey the unequivocal directions of the court exacerbated by plaintiff's failure to appear for the pretrial conference. For these reasons, the action will be dismissed for want of prosecution by separate order.

DONE this 15th day of April, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE