FILED
2009 Jul-14 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

MARY E. SMITH,                    }
                                  }
     Plaintiff,                   }
                                  }     CIVIL ACTION NO.
v.                                }     06-AR-0613-S
                                  }
JOHN E. POTTER, POSTMASTER        }
GENERAL,                          }
                                  }
     Defendant.                   }
```

## ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby **DISMISSED WITH PREJUDICE**. The trial set for July 27, 2009, is **CANCELLED**. The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 14th day of July, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE